NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.** AND
**NEXT SOFTWARE, INC. (FORMERLY KNOWN AS NEXT COMPUTER, INC.),**
*Plaintiffs-Appellants,*

**v.**

**MOTOROLA, INC. (NOW KNOWN AS MOTOROLA SOLUTIONS, INC.)** AND **MOTOROLA MOBILITY, INC.,**
*Defendants-Cross Appellants,*

---

2012-1548, -1549

---

Appeals from the United States District Court for the Northern District of Illinois in case no. 11-CV-8540, Judge Richard A. Posner.

---

**ON MOTION**

---

**O R D E R**

Apple Inc. and NeXT Software, Inc. (Plaintiffs-Appellants) move for the court to set the briefing schedule for amici curiae. Motorola, Inc. and Motorola Mobility,

APPLE INC. V. MOTOROLA, INC.              2

Inc. (Defendants-Cross Appellants) oppose. Plaintiffs-Appellants respond. BSA/The Software Alliance move for an extension of time to file their amicus brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Plaintiff-Appellant's motion is granted to the limited extent that any amici curiae brief must be filed no later than seven days after the date of filing of the cross-appellants' opening brief.

(2) BSA/The Software Alliance's motion is denied.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26